IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | | Criminal No: RDB-09-0478 |
| | * | |
| **SAVINO BRAXTON** | | |

\* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL

James Wyda, Federal Public Defender for the District of Maryland, and Paul D. Hazlehurst, Assistant Federal Public Defender, hereby move this Honorable Court, pursuant to Title 18, Section 3006A(c) of the United States Code to permit the Office of the Federal Public Defender for the District of Maryland to withdraw as counsel for Savino Braxton and appoint substitute counsel on the grounds that an ethical conflict exists which bars further representation of Mr. Braxton by the Office of the Federal Public Defender for the District of Maryland.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
    for the District of Maryland

_____/s/_____
Paul D. Hazlehurst
Assistant Federal Public Defender
Suite 1100, Tower II
100 S. Charles St.
Baltimore, Maryland  21201
(410) 962-3962

## Certificate of Service

     I hereby certify that on this 9th of October, 2009, a copy of the foregoing motion was delivered by inter-office mail to the office of Special Assistant United States Attorney for the District of Maryland Christine Celeste, counsel for the government in this case.

                                                                                      _____
                                                                                      Paul D. Hazlehurst
                                                                                      Assistant Federal Public Defender