IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. RDB-09-0478** |
| : | |
| **SAVINO BRAXTON** : | |

...oOo...

**GOVERNMENT'S MOTION FOR REVOCATION OF
TERMS OF PRETRIAL RELEASE**

The United States of America, by its undersigned attorneys, pursuant to 18 U.S.C. § 3148, hereby moves this Court for a revocation of the terms of pretrial release set for the Defendant, Savino Braxton. In furtherance of that request, the government states as follows:

1. On September 3, 2009, the Defendant appeared before Magistrate Judge Beth P. Gesner for an initial appearance on a criminal complaint charging him with possession with intent to distribute one kilogram or more of heroin in violation of 21 U.S.C. §§ 841(a).

2. On September 8, 2009, a detention hearing was held before Chief Magistrate Judge Paul W. Grimm in which the Defendant was released on his personal recognizance with Pretrial supervision and the conditions that he reside at Volunteers of America Halfway House (VOA) and leave only with approval from Pretrial Services, that he remain in Maryland, that he refrain from possessing a firearm or other weapon, that he refrain from use of alcohol, and that he submit to substance abuse testing as directed by Pretrial Services.

3. The Defendant has been residing at VOA since September of 2009.

4. On February 26, 2010, the Defendant left VOA with permission for a medical appointment. The Defendant failed to return as directed and to date, has not returned to VOA. On

March 1, 2010, Jennifer Masslieno of VOA reported to Beverly McCabe of Pretrial Services that the Defendant had failed to return to VOA. Ms. McCabe made attempts to locate the Defendant but was unsuccessful.

5. The Defendant also failed to report to Pretrial Services as directed on March 1, 2010.

6. Section 3148 of Title 18, United States Code permits the government to initiate a proceeding for the revocation of pretrial release through the filing of a motion. Section 3148 further permits the court to issue an arrest warrant for the defendant on the basis of such a motion. The court may order the detention of the defendant if, after a hearing, the court finds that there is clear and convincing evidence that the person has violated any condition of release, and that there is no condition or combination of conditions that reasonably will insure the defendant will not flee or pose a danger to the community pending trial.

WHEREFORE, the United States respectfully requests that an arrest warrant be issued for the above-referenced Defendant, Savino Braxton, and that the terms of his pretrial release be revoked. Alternatively, the government asks that a show cause order be issued requiring that the Defendant show cause why the terms of his pretrial release should not be immediately revoked. A proposed Order granting the requested relief is attached.

                Respectfully submitted,

                Rod J. Rosenstein
                United States Attorney


                By:_____/s/_____
                Christine Celeste
                Special Assistant United States Attorney
                36 South Charles Street

Fourth Floor
(410) 209-4871
Fax: (410) 962-3124